**George F. DUGGER and C. L. Grindstaff, Appellants, v. John I. COX, Receiver of the First National Bank of Elizabethton, Tennessee, Appellee.**

No. 8686.

Circuit Court of Appeals, Sixth Circuit.

Dec. 3, 1940.

Hallie K. Riner, of Elizabethton, Tenn., for appellants.

Joseph A. Caldwell, of Bristol, Tenn., for appellee.

Before HICKS, ALLEN and HAMILTON, Circuit Judges.

498

PER CURIAM.

This cause was heard upon the transcript, briefs and arguments of counsel, and on consideration whereof it is ordered, adjudged and decreed that the judgment appealed from be and the same is in all things affirmed upon the grounds and for the reasons set forth in the memorandum opinion of the District Judge filed March 11, 1940, 32 F.Supp. 379.